IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:04CV120-1-V

| | |
|---|---|
| TERRY DARRELL LEFEVERS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

THE PRESIDENT OF THE UNITED STATES

To: The Director, Bureau of Prisons, Washington, DC

To: U.S. Marshal, Western District of North Carolina

To: Chief Executive Officer
Federal Correctional Institution Beckley
Post Office Box 1280
Beaver, WV 25813

Greetings:

**IT IS HEREBY ORDERED** that the Order dated September 11, 2007, directing that the body of TERRY DARRELL LEFEVERS (inmate # 19131-058), date of birth, January 11, 1963, being held in custody at FCI Beckley, be brought before the Honorable Richard L. Voorhees, United States District Judge for the United States District Court in and for the Western District of North Carolina, for an evidentiary hearing on October 23, 2007, is **CANCELLED**.

**WITNESS** the Honorable Richard L. Voorhees, a United States District Judge for the Western District of North Carolina at Statesville, North Carolina, and the **SEAL** of this Court.

**SO ORDERED**.

Signed: September 24, 2007

*[signature]*

Richard L. Voorhees
United States District Judge